699 A.2d 696

IN THE MATTER OF LUKE J. ANTONACCI, AN ATTORNEY AT LAW.

September 18, 1997.

## ORDER

The Disciplinary Review Board on December 23, 1996, having filed with the Court its decision concluding that **LUKE J. ANTONACCI** of **CLIFTON**, who was admitted to the bar of this State in 1951, should be reprimanded for violating *RPC* 1.15 (safekeeping property) and *RPC* 1.15(b) (failure to notify third party of claims and failure to turn over funds), and good cause appearing;

It is ORDERED that **LUKE J. ANTONACCI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.